FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0057

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0057

_____

WILLARD RUSSELL KEIGHTLEY,
Trustee of Louise Keightley Trust
and Manager of Property,

       Plaintiff and Appellee,

   v.

DAVID ANDREW KEIGHTLEY and
THE LOUISE KEIGHTLEY TRUST, by
and through, KATHLEEN KEIGHTLEY
JOHNS, co-Trustee,

       Defendants and Appellant.

_____

       O R D E R

       Appellant David Andrew Keightley was granted an extension of time to file and serve his opening brief on or before April 27, 2020. The opening brief is now overdue.

       THEREFORE,

       IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than June 22, 2020. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

       Appellant is reminded that such brief must be filed and served in accordance with M. R. App. P. 10.

       The Clerk is directed to provide a copy of this Order to David Andrew Keightley and to all counsel of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 3 2020